## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No.

THOMAS G. WHITE, an individual and LIZABETH A. WHITE, an individual

    Plaintiffs,

        v.

AMERICAN FAMILY MUTUAL INSURANCE GROUP a/k/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation

    Defendant

### DEFENDANT'S NOTICE OF REMOVAL OF ACTION

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant American Family Mutual Insurance Company, a Wisconsin corporation, by and through its attorneys, Campbell, Latiolais & Averbach, LLC, hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

    1.    Defendant American Family Mutual Insurance Company ("American Family") is named as the defendant in Civil Action No. 2014CV32999 in El Paso District Court (the "State Court Action").

    2.    The original Complaint in the State Court Action was filed with the Clerk of the District Court of El Paso, in Colorado Springs, Colorado on September 29, 2014. Plaintiffs served the Summons and initial pleadings on Defendant's registered agent on October 2, 2014. Defendant will file its Answer within ten (10) days of today's date.

    3.    This Notice is being filed with this Court within thirty (30) days after service upon Defendant of the Complaint.

4. To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as <u>Exhibit A</u> pursuant to D.C.COLO.LCivR 81.1. To the best of Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. Defendant avers that this Court has diversity jurisdiction over Plaintiffs' claims because this is a civil action between parties of diverse citizenship and the amount in controversy exceeds $75,000 and thus this Court has original jurisdiction under 28 U.S.C.A. § 1332.

6. Plaintiffs Thomas G. White and Lizabeth A. White are individuals whom reside in El Paso County, Colorado. <u>See</u> <u>Ex. A</u>, Compl., ¶1. Defendant American Family is a Wisconsin corporation, with its corporate headquarters in Madison, Wisconsin. <u>Id</u>. ¶ 2.

7. The Plaintiffs' Complaint requests the Court to award Plaintiffs $544,396.71 in alleged damages, plus bad faith damages and attorneys' fees. (<u>See</u> <u>Ex. A</u>, Compl., pg. 3).

8. As demanded by the Plaintiffs in their Complaint, the amount in controversy exceeds the statutory benchmark, and thus this civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(c) because this Court has diversity jurisdiction.

7. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiffs in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in El Paso District Court, be removed therefrom to this Court.

Dated:  November 1, 2014

                Respectfully Submitted,

                By:  *s/ Christian S. Monson*
                    Colin C. Campbell
                    Christian S. Monson
                    CAMPBELL, LATIOLAIS & AVERBACH, LLC
                    825 Logan Street
                    Denver, Colorado 80203
                    303.831.5990
                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November, 2014, I presented the foregoing DEFENDANT'S NOTICE OF REMOVAL OF ACTION to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

Gregory A. Maceu
Mark Anthony Barrionuevo
Thomas E. Stone
Maceau Law
3225 Templeton Gap Rd., Ste. 205
Colorado Springs, CO 80907

                                        *s/ Christian S. Monson*
                                        A duly signed original is on file at the Law Offices of CAMPBELL, LATIOLAIS & AVERBACH, LLC