| | |
|---|---|
| **DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO**<br>Court address: 270 S. Tejon, Colorado Springs, CO 80903<br>Mailing Address: P.O. Box 2980, Colorado Springs, CO 80901 | |
| **THOMAS G. WHITE and LIZABETH A. WHITE,**<br>**Plaintiffs;**<br><br>vs.<br><br>**AMERICAN FAMILY INSURANCE GROUP, a/k/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,**<br>**Defendant.** | DATE FILED: September 29, 2014 4:33 PM<br>FILING ID: 5853BC30E4978<br>CASE NUMBER: 2014CV32999 |
| *Attorney for Plaintiff:*<br>**MACEAU LAW**<br>Gregory Maceau, #15693<br>Mark Anthony Barrionuevo, #43535<br>Thomas E. Stone, #46631<br>3225 Templeton Gap Rd., Suite 205<br>Colorado Springs, Colorado 80907<br>Phone Number:  (719) 633-2222<br>FAX Number:      (719) 577-4648<br>Email: MaceauLLC@gmail.com | Case Number:<br><br><br>Div.: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR AMENDED COMPLAINT**

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case.  It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2.  Check the boxes applicable to this case.

    ☐  Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

    ☒  Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

      ☐  This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**
      ☒  This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),                    **or**
      ☐  Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3.  ☒ This party makes a Jury Demand at this time and pays the requisite fee.   See C.R.C.P. 38.   (Checking this box is optional.)

      9/29/14                                                /s/ Gregory A. Maceau
Date: _____        _____
                                                             Signature of Party or Attorney for Party

---

**NOTICE**
✓  This cover sheet must be filed in all District Court Civil (CV) Cases.  Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.
✓  This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.
✓  This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

---

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br>Court Address:<br>270 Tejon Street, Colorado Springs, Colorado 80903<br>_____<br>**Plaintiff:**   THOMAS G. WHITE and LIZABETH A.<br>                  WHITE<br><br>**Defendant:** AMERICAN FAMILY INSURANCE<br>                  GROUP<br>_____ | ▲ COURT USE ONLY ▲<br>_____<br>Case Number:   2014CV32999 |
| Attorneys for Defendant<br>Name:             Colin C. Campbell, No. 12193<br>                    Christian M. Monson, No. 40218<br>                    Campbell, Latiolais & Averbach, L.L.C.<br>Address:         825 Logan Street<br>                    Denver, CO  80203-3114<br>Phone Number:  (303) 831-5990<br>FAX Number:   (303) 832-7144<br>E-mail:           ccampbell@cla-law.net<br>                    cmonson@cla-law.net | Division:         Courtroom: |
| **ENTRY OF APPEARANCE** | |

Christian C. Monson, of the law firm Campbell, Latiolais & Averbach, LLC, hereby enters his appearance on behalf of Defendant American Family Mutual Insurance Group in the above-captioned matter.

Respectfully submitted this 29th day of October, 2014.

CAMPBELL, LATIOLAIS & AVERBACH, L.L.C.
*Original signature is on file at Campbell, Latiolais & Averbach, L.L.C,*
*pursuant to C.R.C.P. 121 § 1-26*


*/s/ Christian S. Monson*
Colin C. Campbell, Reg. No. 12193
Christian S. Monson, Reg. No. 40218
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2014, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via ICCES on the following:

MACEAU LAW
Gregory A. Maceau, #15693
Mark Anthony Barrionuevo, #43535
Thomas E. Stone, #46631
3225 Templeton Gap Rd., Suite 205
Colorado Springs, Colorado 80907

/s/ Mary Davis_____

2

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>**Court Address:**<br>270 South Tejon Street, Colorado Springs, CO 80903<br><br>━━━━━━━━━━━━━━━━━━━━<br>**Plaintiffs:**<br>**THOMAS G. WHITE and LIZABETH A. WHITE**<br><br>v<br><br>**Defendant:**<br>**AMERICAN FAMILY INSURANCE GROUP a/k/a**<br>**AMERICAN FAMILY MUTUAL INSURANCE**<br>**COMPANY**<br>━━━━━━━━━━━━━━━━━━━━<br>*Attorney for Plaintiffs:*<br>MACEAU LAW<br>Gregory A. Maceau, #15693<br>Mark Anthony Barrionuevo, #43535<br>Thomas E. Stone, #46631<br>3225 Templeton Gap Rd., Suite 205<br>Colorado Springs, CO 80907<br>Telephone:   (719) 633-2222<br>Facsimile:    (719) 577-4648 | DATE FILED: September 29, 2014 4:33 PM<br>FILING ID: 5853BC30E4978<br>CASE NUMBER: 2014CV32999<br><br><br><br>▲ COURT USE ONLY ▲<br>_____<br><br>Case No.<br><br>Division No: |

### COMPLAINT AND JURY DEMAND

**COMES NOW**, the Plaintiffs, Thomas G. White and Lizabeth A. White, by and through their attorneys, Maceau Law, and hereby submits the following for their Complaint:

### PARTIES

1. At all times relevant to this Complaint, Plaintiffs were residents of the State of Colorado.

2. The Defendant is a Wisconsin Corporation in good standing with the Colorado Secretary of State and a listed principal place of business located at 6000 American Parkway, Madison, WI 53783.

3. This case arises from damages sustained by the Waldo Canyon Wildfire occurring approximately June 2012 to property owned by Plaintiffs and insured by Defendant. The significant actions which gave rise to this Complaint occurred in El Paso County, Colorado.

### GENERAL ALLEGATIONS

4. Plaintiffs reiterate, as though restated in full, those allegations set forth in paragraphs one through three of this Complaint

5. At all times pertinent to this Complaint, the Plaintiffs had a homeowner's policy with American Family Insurance Group a/k/a American Family Mutual Insurance Company (hereinafter

1

referred to as 'policy'). That policy provides for dwelling coverage or replacement costs. This homeowner's policy covered a real property located at 7955 Ruststone Ct., Colorado Springs, CO 80919 (hereinafter referred to as the "home" or the "property".)

6.      The property was damaged by a wildfire which occurred throughout the month of June, 2012. This wildfire caused smoke and fire damage to the home, including but not limited to: damaged appliances, cabinetry, furnishings, doors, drywall, floor coverings, wall coverings, electrical systems, insulation, plumbing, painting, roofing, siding, windows, landscaping, etc.

7.      As a result of the Waldo Canyon Wildfire, Plaintiffs' have suffered damage to their home.

8.      The above stated damage to Plaintiff's property was caused through no fault of their own.

9.      On or about July 9, 2012, American Family claims adjuster, Brett Creason, inspected the property and provided a Summary for Dwelling indicating damages in the amount of $15,116.00, less deductible of $2,500.00 and issued payment in the amount of $12,616.00. On or about July 16, 2012, Defendant issued an additional payment in the amount of $1,112.38. On or about August 7, 2014, Defendant, by and through claims adjuster Donald L. Richart, issued a new Summary for Dwelling indicating damages in the amount of $18,776.97 less a $2,500 deductible and less the $12,616 previously paid for damage to the dwelling. This same document also detailed a Summary for Contents indicating damages in the amount of $18,297.00.  A payment was issued for the combined amount of $21,957.97.

10.     Plaintiffs retained Troy Payne of Loss Analytics to assist them with their claims for damages resulting from the Waldo Canyon Wildfire to property insured by Defendant. Mr. Payne completed his estimate and provided a Proof of Loss dated November 5, 2012 to Defendant indicating damages in the amount of $437,886.68.  On or about February 18, 2013 Mr. Payne provided a partial Proof of Loss indicating additional damages in "Section C – Non salvageable inventory" in the amount of $143,584.00.

11.     Defendant has failed to communicate in any meaningful way with Plaintiffs regarding the discrepancy in damage estimates. On September 2, 2014, Defendant, via its representative, Don Richart, sent a letter to Maceau Law, counsel for Plaintiffs, stating that, "we believe that we have made all payments owed on this claim."

12.     Defendant has continued to deny coverage and refuse to repair/replace the damaged property.

## FIRST CLAIM FOR RELIEF
### *BREACH OF CONTRACT*

13.     Plaintiffs reiterate, as though restated in full, those allegations set forth in paragraphs one through twelve of this Complaint.

14.     By delaying and denying dwelling coverage benefits, the Defendant breached its insurance contract with the Plaintiffs.

## SECOND CLAIM FOR RELIEF
### *BAD FAITH BREACH OF INSURANCE CONTRACT*

15.     Plaintiffs reiterate, as though restated in full, those allegations set forth in paragraphs one through fourteen of this Complaint.

16.     The Defendant acted unreasonably in delaying and denying Plaintiffs' claim for dwelling coverage under Plaintiffs homeowners' insurance policy.

17.     The Defendant knew that its conduct was unreasonable or the Defendant recklessly disregarded the fact that its conduct was unreasonable.

18.     The Defendant's unreasonable conduct was a cause of Plaintiffs' damages and losses.

19.     In denying the Plaintiffs' claim for dwelling coverage benefits, the Defendant violated the unfair claims settlement practices subdivision of the Unfair Methods of Competition/Unfair or Deceptive Acts or Practices section of the Colorado Insurance Code, C.R.S. § 10-3-1104.  Specifically, the Defendant:

      A.     Failed to adopt and implement reasonable standards for prompt investigation of claims arising under insurance policies, and/or;

      B.     Refused to pay Plaintiff's claim without conducting a reasonable investigation based upon all available information, and/or;

      C.     Failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim in which liability is clear.

## THIRD CLAIM FOR RELIEF
### *STATUTORY DAMAGES*

20.     Plaintiffs reiterate, as though restated in full, those allegations set forth in paragraphs one through nineteen of this Complaint.

21.     The Defendant unreasonably delayed or denied Plaintiffs' claim for dwelling coverage benefits.

22.     Pursuant to C.R.S. § 10-3-1115 and 10-3-1116, Plaintiffs are entitled to double damages and attorney's fees on account of the Defendant's unreasonable denial of their claim for dwelling coverage benefits.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court enter Judgment in favor of the Plaintiffs and against the Defendant  in the amount of Five Hundred Forty-Four, Three Hundred Ninety-Six dollars and Seventy-One cents ($544,396.71) together with bad faith damages, double damages, attorney's fees, costs, interest, and such other and further relief as this Court deems just and proper under the circumstances.

PLAINTIFFS FURTHER REQUEST THIS MATTER BE RESOLVED WITH A TRIAL BY JURY


Respectfully submitted this 29th day of September, 2014.

**MACEAU LAW**

**Duly signed original at Maceau Law**

_____
Gregory A. Maceau, #15693
Mark Anthony Barrionuevo, #43535
Thomas E. Stone, #46631

Plaintiff's Address:
c/o 3225 Templeton Gap Rd., Suite 205
Colorado Springs, CO 80907

District Court, El Paso County, State of Colorado
Court Address: 270 South Tejon, Colorado Springs, CO 80903

THOMAS G. WHITE and LIZABETH A. WHITE,
Plaintiffs,

And

AMERICAN FAMILY INSURANCE GROUP a/k/a AMERICAN
FAMILY MUTUAL INSURANCE GROUP,
Defendant.

DATE FILED: October 7, 2014 9:58 AM
FILING ID: F544A92AB848F
CASE NUMBER: 2014CV32999

Attorney for Plaintiffs:
**MACEAU LAW**
Gregory A. Maceau, #15693
Mark Anthony Barrionuevo, #43535
Thomas E. Stone, #46631
3225 Templeton Gap Rd., Suite 205
Colorado Springs, CO 80907
Phone Number: (719) 633-2222
FAX Number: (719) 577-4648
E-mail: MaceauLLC@gmail.com

Case Number: 14 CV 32999

Div.: 15

## AFFIDAVIT OF SERVICE

STATE OF COLORADO ) 
                                      ) ss.
COUNTY OF EL PASO )

I declare under oath that I served the District Court Summons, Complaint and Jury Demand, and District Court Civil Case Cover Sheet in this case on the Defendant, American Family Insurance Group a/k/a American Family Mutual Insurance Group, in the County of Denver, State of Colorado, on _10/2/2014_ (date) at _1:15_ _p_.m. at the following location: Division of Insurance, 1560 Broadway, Suite 850, Denver, Colorado 80202.

___ By handing it to a person identified to me as the subject.

___ By leaving it with the subject who refused service.

_X_ By leaving it with _Randy Wilson_ a representative for the registered agent, Division of Insurance, designated to receive service for the subject.

___ I attempted to serve the subject on _____ occasions but have not been able to locate the subject.

I am over the age of 18 years and am not interested in nor a party to this case.

_James V. Foust_

STATE OF COLORADO ) 
                                      ) ss.
COUNTY OF EL PASO )

Signed under oath before me on _10/02/14_.

My commission expires _01/29/2018_

NIKKO D SCOTT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144004058
MY COMMISSION EXPIRES JANUARY 29, 2018

District Court, El Paso County, State of Colorado
Court Address: 270 South Tejon, Colorado Springs, CO 80903

THOMAS G. WHITE and LIZABETH A. WHITE,
Plaintiffs,

And

AMERICAN FAMILY INSURANCE GROUP a/k/a AMERICAN FAMILY MUTUAL INSURANCE GROUP,
Defendant.

DATE FILED: October 6, 2014 2:16 PM
FILING ID: 880A0204CB937
CASE NUMBER: 2014CV32999

Case Number: 14 CV 32999

Div.: 15

Attorney for Plaintiffs:
MACEAU LAW
Gregory A. Maceau, #15693
Mark Anthony Barrionuevo, #43535
Thomas E. Stone, #46631
3225 Templeton Gap Rd., Suite 205
Colorado Springs, CO 80907
Phone Number: (719) 633-2222
FAX Number: (719) 577-4648
E-mail: MaceauLLC@gmail.com

## AFFIDAVIT OF SERVICE

STATE OF COLORADO      )
                        ) *ss.*

COUNTY OF EL PASO      )

I declare under oath that I served the District Court Summons, Complaint and Jury Demand, and District Court Civil Case Cover Sheet in this case on the Defendant, American Family Insurance Group a/k/a American Family Mutual Insurance Group, in the County of Denver, State of Colorado, on _____ (date) at _____ ____.m. at the following location: Division of Insurance, 1560 Broadway, Suite 850, Denver, Colorado 80202.

        ___      By handing it to a person identified to me as the subject.

        ___      By leaving it with the subject who refused service.

        ___      By leaving it with _____ a representative for the registered agent, Division of Insurance, designated to receive service for the subject.

        ___      I attempted to serve the subject on _____ occasions but have not been able to locate the subject.

I am over the age of 18 years and am not interested in nor a party to this case.

_____

STATE OF COLORADO      )
                        ) *ss.*

COUNTY OF EL PASO      )

        Signed under oath before me on _____.

        My commission expires _____         _____

                                               NOTARY PUBLIC

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br>Court Address:<br>270 Tejon Street, Colorado Springs, Colorado 80903<br>_____<br>**Plaintiff:**  THOMAS G. WHITE and LIZABETH A.<br>          WHITE<br><br>**Defendant:** AMERICAN FAMILY INSURANCE<br>           GROUP<br>_____ | ▲ COURT USE ONLY ▲<br><br>_____<br>Case Number:  2014CV32999 |
| Attorneys for Defendant<br>Name:             Colin C. Campbell, No. 12193<br>               Christian M. Monson, No. 40218<br>               Campbell, Latiolais & Averbach, L.L.C.<br>Address:        825 Logan Street<br>               Denver, CO 80203-3114<br>Phone Number: (303) 831-5990<br>FAX Number:  (303) 832-7144<br>E-mail:         ccampbell@cla-law.net<br>               cmonson@cla-law.net | Division:       Courtroom: |
| **NOTICE OF REMOVAL** | |

In compliance with 28 U.S.C. § 1441 and § 1446(d), you are hereby notified of the filing of a Notice of Removal of the above-captioned action to the United States District Court for the District of Colorado.  A copy of the Notice of Removal filed with respect to this action is attached hereto as Exhibit A.

Respectfully submitted this 1st day of November, 2014.

CAMPBELL, LATIOLAIS & AVERBACH, L.L.C.
*Original signature is on file at Campbell, Latiolais & Averbach, L.L.C,*
*pursuant to C.R.C.P. 121 § 1-26*

/s/ Christian S. Monson
Colin C. Campbell, Reg. No. 12193
Christian S. Monson, Reg. No. 40218
*Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on this 1st day of November, 2014, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served via ICCES on the following:

MACEAU LAW
Gregory A. Maceau, #15693
Mark Anthony Barrionuevo, #43535
Thomas E. Stone, #46631
3225 Templeton Gap Rd., Suite 205
Colorado Springs, Colorado 80907

                                               */s/ Christian S. Monson*